**Kevin KLEIN, Appellant,**

v.

**KLEIN MOTORS, INC. and Division
of Employment Security,
Respondents.**

**No. WD 75455.**

Missouri Court of Appeals,
Western District.

May 21, 2013.

Dennis Cassidy, Kansas City, MO, for Appellant.

Ninion Riley, Jefferson City, MO, for Respondent, Division of Employment.

James Wyrsch, Kansas City, MO, for Respondent, Klein Motors.

Before JAMES EDWARD WELSH, C.J., VICTOR C. HOWARD, and MARK D. PFEIFFER, JJ.

**ORDER**

PER CURIAM:

Kevin Klein appeals the Labor and Industrial Relations Commission's decision denying him unemployment benefits by finding that he voluntarily quit his employment with Klein Motors, Inc. without good cause attributable to the employer. We affirm. Rule 84.16(b).